**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00062-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN M. HOWE,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND TO CALL TO SET
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 13) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for May 1, 2009 and the two-day jury trial set to commence on May 11, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) <u>no later than March 27, 2009</u> to set this matter for a Change of Plea Hearing.

DATED: March __19__, 2009

                                              BY THE COURT:

                                              */s/ Christine M. Arguello*
                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge